UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61955-CIV-SINGHAL

KENNER ELLIOT TORRES ANTOINE,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary
of the United States Department
of Homeland Security, *et al.*,

Respondents.
_______________________________________/

**ORDER**

**PETITIONER KENNER TORRES ANTOINE** filed a Petition for Writ of Habeas Corpus (DE [1]) seeking release from immigration custody. On August 24, 2026, Respondents released Petitioner. (DE [12-1]). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Petition (DE [1]) is **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of September 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF